**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

CHRIS R. GREEN,

    Plaintiff,

v.                                    CASE NO.:   3:09cv479/MCR/EMT

ALLSTATE INSURANCE COMPANY,

    Defendant.
_____/

## AMENDED ORDER OF DISMISSAL

    This matter is before the Court upon the parties' Stipulation for Order of Dismissal with Prejudice. (Doc. 26). The previously entered Order of Dismissal (doc. 25) is amended to the extent this case is dismissed consistent with the parties' joint stipulation. The Clerk is directed to close the case in its entirety for all purposes.

    **ORDERED** on this 8th day of July, 2010.

                                                     s/ *M. Casey Rodgers*
                                                     **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**